In the Matter of URBAIN G. TURCOT, Appellant, against BOARD OF REGENTS OF THE STATE OF NEW YORK et al., Respondents.—

Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.